UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD SPEARMAN,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-01289-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETE IN FORMA PAUPERIS APPLICATION AND INMATE TRUST ACCOUNT STATEMENT |

Plaintiff, a county inmate proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request, which must be filled out by plaintiff's institution of incarceration, has not been completed. Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). I will give him an opportunity to submit a completed *in forma pauperis* application and a certified copy in support of his application.

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is denied without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

1

Forma Pauperis By a Prisoner.

3. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court.

4. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated:  July 25, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2