UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD SPEARMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY, *et al.*,<br><br>    Defendants. | Case No.  2:21-cv-01289-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On April 13, 2022, I screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A. ECF No. 7. Plaintiff was notified that it failed to state a claim and was granted thirty days either to file an amended complaint or to notify the court that he wished to stand by his original complaint. *Id*. He was also warned that failure to comply with that order could result in dismissal of this action. *Id*. at 4.

The deadline has passed, and plaintiff has not filed an amended complaint or otherwise responded to the April 13, 2022 order.[1] Accordingly, it is hereby ORDERED that that the Clerk of Court randomly assign a United States District Judge to this case.

---

[1] Although it appears from the file that plaintiff's copy of the April 13, 2022 order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Further, it is hereby RECOMMENDED that:

1. This action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the April 13, 2022 order. *See* ECF No. 5.

2. The Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:   June 10, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2