UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD SPEARMAN,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>Defendants. | No.  2:21-cv-01289-TLN-JDP<br><br>**ORDER** |

Plaintiff, a county inmate proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 10.)  Plaintiff has not filed objections to the findings and recommendations.[1]

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

---

[1] Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  It is Plaintiff's responsibility to keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 10, 2022, (ECF No. 10), are adopted in full;

2. This action is DISMISSED for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the April 13, 2022 Order, (ECF No. 5); and

3. The Clerk of Court is directed to close the case.

**DATED: July 22, 2022**

Troy L. Nunley
United States District Judge